**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 03-7228**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DAVID MIDDLETON, JR.,

Defendant - Appellant.

———————————

**No. 03-7346**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DAVID MIDDLETON, JR.,

Defendant - Appellant.

———————————

Appeals from the United States District Court for the District of South Carolina, at Charleston.  Patrick Michael Duffy, District Judge. (CR-98-455, CA-02-3321)

———————————

Submitted:  October 23, 2003          Decided:  October 31, 2003

―――――――――

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

David Middleton, Jr., Appellant Pro Se.  Miller Williams Shealy, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charleston, South Carolina, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David Middleton, Jr., seeks to appeal the district court's orders denying relief on his 28 U.S.C. § 2255 (2000) motion and his subsequent Fed. R. Civ. P. 59(e) motion. Middleton cannot appeal these orders unless a circuit judge or justice issues a certificate of appealability, and a certificate of appealability will not issue absent a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A habeas appellant meets this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. See Miller-El v. Cockrell, 537 U.S. 322, ___, 123 S. Ct. 1029, 1039 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683 (4th Cir. 2001). We have independently reviewed the record and conclude Middleton has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeals. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3